<u>**CONSENT TO FILE SUIT AS NAMED PLAINTIFF**</u>

**TO:    CLERK OF THE COURT AND COUNSEL OF RECORD**

I, Rasheed Carrasquillo, state the following:

1.  I am over 18 years of age and competent to give the following consent in this matter.

2.  I was employed by Securitas Security Services USA, Inc. ("Securitas") located in Morrisville, NC. I was employed as a Site Supervisor. I worked in this position from approximately June, 2023 until April 17, 2024.

3.  I believe I have not been paid for all compensable time which I have worked, including overtime.

4.  I hereby consent and agree to be Named Plaintiff in this wage and hour action against Securitas Security Services USA, LLC under the Fair Labor Standards Act and North Carolina Wage and Hour Act for failure to pay for all hours worked, including overtime compensation, and to be bound by any settlement of the case or adjudication by the Court where the suit is brought.

5.  I understand that a lawsuit is being brought to recover from my former employer compensation for unpaid wages and unpaid overtime. I understand that the suit will be brought pursuant to federal law and/or state law.

6.  I choose to be represented by The Law Offices of Gilda A. Hernandez, PLLC, and other lawyers with whom they may choose to associate.

7.  I authorize my attorney to take any steps necessary to pursue my claims, including filing new lawsuits.

I swear or affirm that the foregoing statements are true to the best of my knowledge, information, and belief.

Date: 11/25/2024

Signature: *Rasheed Carrasquillo*
Rasheed Carrasquillo (Nov 25, 2024 21:56 EST)

Print Name: Rasheed Carrasquillo