# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RASHEED CARRASQUILLO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-1008 |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Plaintiff Rasheed Carasquillo ("Plaintiff") and Defendant Securitas Security Services USA, Inc. ("Defendant") (collectively, the "Parties"), hereby jointly and respectfully move the Court for approval of the Parties' proposed settlement of the above-captioned action, the terms of which are set forth in the Settlement and Release Agreement ("Settlement Agreement"), attached as Exhibit A to the accompanying Memorandum of Law, and to dismiss the action in its entirety with prejudice, which includes Plaintiff's claims under the Fair Labor Standards Act ("FLSA") and the North Carolina Wage and Hour Act ("NCWHA"). For the reasons stated in the Memorandum of Law, the settlement of this action is a fair and reasonable resolution of a *bona fide* FLSA dispute.

**WHEREFORE**, the Parties hereby request that the Court grant this Motion and enter the proposed Order approving the Settlement and Release Agreement and dismissing the above-captioned action in its entirety with prejudice.

Respectfully submitted this April 22, 2025.

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com

*Attorneys for Plaintiff*

*/s/ Andrea M. Kirshenbaum*
Andrea M. Kirshenbaum (*Special Appearance*)
Jennifer Nix Capozzola (*Special Appearance*)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry St., Suite 1400
Philadelphia, PA 19102-1321
Telephone: 267.402.3000
Facsimile: 267.402.3131
akirshenbaum@littler.com
jcapozzola@littler.com


*/s/ Stephen D. Dellinger*
Stephen D. Dellinger (NCSB No. 16609)
**LITTLER MENDELSON, P.C.**
100 North Tryon St., Suite 4150
Charlotte, North Carolina 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005
sdellinger@littler.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I electronically filed the foregoing Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice with accompanying Memorandum of Law, Exhibits, and Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
Matthew S. Marlowe (NCSB No. 60035)
Briahna B. Koegel (NCSB No. 62491)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Ste. 130
Cary, NC 27513
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com
bkoegel@gildahernandezlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Stephen D. Dellinger*
Stephen D. Dellinger
N.C. State Bar No. 16609
**LITTLER MENDELSON, P.C.**
100 N. Tryon Street, Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005
sdellinger@littler.com

*/s/ Andrea M. Kirshenbaum*
Andrea M. Kirshenbaum
(*Special Appearance*)
Jennifer Nix Capozzola
(*Special Appearance*)
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone: 267.402.3000
Facsimile: 267.402.3131
akirshenbaum@littler.com
jcapozzola@littler.com

*Attorneys for Defendant
Securitas Security Services USA, Inc.*
