IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RASHEED CARRASQUILLO,                )
on behalf of himself and all         )
others similarly situated,           )
                                     )
            Plaintiff,               )
                                     )
    v.                               )   1:24-cv-1008
                                     )
SECURITAS SECURITY SERVICES          )
USA, INC.,                           )
                                     )
            Defendant.               )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve Settlement, (Doc. 33), is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

This the 28th day of April, 2025.

                                        /s/ William L. Osteen, Jr.
                                        United States District Judge